IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

LEE FLOYD BEBLEY                                                                    PLAINTIFF

v.                            Civil No. 07-5036

BENTON COUNTY DETENTION
CENTER VISITATION OFFICERS;
SGT. TOMLIN; LT. CARTER;
CAPTAIN PETRAY; and MEDICAL
STAFF                                                                              DEFENDANTS

### ORDER

As it appears this case may be resolved on motion for summary judgment, the defendants are directed to file such a motion on or before **August 27, 2007**. Once the summary judgment motion is filed, the court will prepare a questionnaire to assist the plaintiff in responding to the motion. For this reason, plaintiff is directed not to respond to the motion for summary judgment until so ordered by the court.

IT IS SO ORDERED this 29th day of May 2007.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)